B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re  **ITS Engineered Systems, Inc.**

Debtor(s)

Case No. _____

Chapter    11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Coating Industries, Inc. | 6414 Thomas Road Houston, TX 77041 | Trade | | $1,027,277.50 |
| Tri-State Supply Company | 6206 North Houston Rosslyn P.O. Box 40512 Houston, TX 77240-0512 | Trade | | $279,452.04 |
| Osies, Inc. | P.O. Box 842152 Houston, TX 77284 | Trade | | $276,253.79 |
| CGSI | 916 Fleetwood Place Drive Houston, TX 77079 | Unknown | Disputed | $191,559.37 |
| Texas Gamma Ray, LLC | 1127 S. Lewis Tulsa, OK 74104 | Trade | | $153,006.67 |
| RSD Supply Inc. | P.O. Box 841518 Houston, TX 77284-1518 | Trade | | $145,441.67 |
| Forged Components Inc. | 14527 Smith Road Humble, TX 77396 | Trade | | $140,851.89 |
| Ranger Steel Services, LP | P.O. Box 4346 Dept. 451 Houston, TX 77210-4346 | Trade | | $126,164.00 |
| Keco Engineered Controls | 1200 River Ave., Bldg. 3A Lakewood, NJ 08701-5657 | Trade | | $91,528.85 |
| My Pipeline Supply, LLC d/b/a MPS, LLC | P.O. Box 218844 Houston, TX 77218 | Trade | | $90,743.62 |
| Wichita Tank Manufacturing, Inc. | 8321 Seymour Hwy Wichita Falls, TX 76310 | Trade | | $89,050.00 |
| Channel Refractory Services Inc. | P.O. Box 1139 Channelview, TX 77530-1139 | Trade | | $84,221.72 |
| Spunky Flat Land Company | 916 Fleetwood Place Drive Houston, TX 77079 | Unknown | Disputed | $75,000.00 |
| Truespec Energy Products | 14107 Interdrive West Houston, TX 77079 | Trade | | $70,198.82 |
| Technipower, Inc. | P.O. Box 204653 Dallas, TX 75320-4653 | Trade | | $64,213.70 |
| Eads Distribution, LLC d/b/a The Eads Company | P.O. Box 732217 Dallas, TX 75373-2217 | Trade | | $60,858.61 |

2615171.1

B4 (Official Form 4) (12/07) - Cont.

In re   **ITS Engineered Systems, Inc.**                                                                Case No.   _____

                                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Mitrowski Welding Equipment, Ltd. | 1315 College Avenue<br>South Houston, TX 77587 | Trade | | $56,801.25 |
| Superior Controls, Inc. | 2103 W. Murphy Street<br>Odessa, TX 79763 | Trade | | $56,504.38 |
| Fort Worth F&D Head Co. | P.O. Box 79700<br>Saginaw, TX 76179-070 | Trade | | $51,748.62 |
| Dresser Direct | P.O. Box 845074<br>Dallas, TX 75284-5074 | Trade | | $51,015.59 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Roger Wagner, president of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   April 17, 2015                               Signature   _____

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

2615171.1