UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| ITS Engineered Systems, Inc. | § | 15-32145-H5-11 |
| | § | (Chapter 11) |
| DEBTOR | § | |

NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE KAREN K. BROWN, BANKRUPTCY JUDGE;

COMES NOW, the United States Trustee ("UST") for the Southern District of Texas, by and through the undersigned counsel, who pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code, and files this Notice of Appointment of Committee of Unsecured Creditors in the above captioned case:

1. Osies, Inc., Attn: Jose L. Rodriguez, 12734 Tanner Rd., Houston, TX 77041, Tel. 713/849-5131, Fax. 713/849-5148, jr@osies.com.

2. Tri-State Supply Co., Attn: Thomas Kainer, P. O. Box 40512, Houston, TX 77240-0512, Tel. 713/460-5670, tkainer@tri-statesupply.com.

3. RSD Supply Inc., Attn: Gregory J. Sharpe, 13225 FM 529, Suite N, Houston, TX 77041, Tel. 713/983-6363, Fax. 713/983-6388, greg@rsdsupply.com.

DATED the 14th day of May, 2015.        Respectfully submitted,

                JUDY A. ROBBINS
                UNITED STATES TRUSTEE


                By: /s/ *Ellen M. Hickman*
                      Ellen M. Hickman, Trial Attorney
                      TxBar #12975800, Fed.#17041
                      515 Rusk, Suite 3516
                      Houston, TX  77002
                      713/718-4650, Fax 713/718-4680

Certificate of Service

       I hereby certify that true and correct copies of the foregoing Notice of Appointment of Committee of Unsecured Creditors was served upon the Debtor, counsel for the Debtor, committee members, remaining creditors on list of twenty largest unsecured creditors, and all parties requesting notice, via ECF, email, or by United States mail, first class, postage prepaid, on the 14th day of May, 2015, to the following parties:

                                              /s/ *Ellen M. Hickman*
                                              Ellen M. Hickman, Attorney

Debtor

ITS Engineered Systems, Inc.
6818 FM 2855
Katy, TX  77493

Counsel for Debtor

Michael W. Bishop
Lydia R. Webb
Gray Reed & McGraw, P.C.
4600 Thanksgiving Tower
1601 Elm St.
Dallas, TX 75201

Committee Members (via email as indicated above)

Creditor Willing to Serve (via email)

Jason Pish
Truespec Energy Products, Inc.
14107 Interdrive West
Houston, TX 77032

Other Creditors solicited from List of Twenty Largest Unsecured Creditors

| Coating Industries, Inc.<br>6414 Thomas Road<br>Houston, TX 77041 | CGSI<br>916 Fleetwood Place Drive<br>Houston, TX 77079 | Texas Gamma Ray, LLC<br>1127 S. Lewis<br>Tulsa, OK 74104 |
|---|---|---|
| Forged Components Inc.<br>14527 Smith Road<br>Humble, TX 77396 | Ranger Steel Services, LP<br>P. O. Box 4346, Dept. 451<br>Houston TX 77210-4346 | Keco Engineered Controls<br>1200 River Ave., Bldg. 3A<br>Lakewood, NJ 08701-5657 |

| | | |
|---|---|---|
| My Pipeline Supply, LLC dba MPS, LLC P. O. Box 218844 Houston, TX 77219 | Wichita Tank Mftg, Inc. 8321 Seymour Hwy Wichita Falls, TX 76310 | Channel Refractory Srvs Inc. P. O. Box 1139 Channelview TX 77530-1139 |
| Technipower, Inc. P. O. Box 204653 Dallas, TX 75320-4653 | Eads Distribution, LLC dba The Eads Company P. O. Box 732217 Dallas, TX 75373-2217 | Mitrowski Welding Equipmt 1315 College Avenue South Houston, TX 77587 |
| Superior Controls, Inc. 2103 W. Murphy Street Odessa, TX 79763 | Fort Worth F&D Head Co. P. O. Box 79700 Saginaw, TX 76179-070 | Dresser Direct P. O. Box 845074 Dallas, TX 75284-5074 |
| COR Thermotics 6414 Thomas Road Houston, TX 77041 | Elliott Electric Supply Inc. P. O. Box 630610 Nacogdoches, TX 75963 | Texas Steel Supply 34000 Sunset Lane Brookshire, TX  77423 |