

ENTERED
08/17/2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ITS Engineered Systems, Inc.,[1] | § | Case No. 15-32145 (KKB) |
| | § | |
| Debtor. | § | |

**ORDER GRANTING DEBTOR'S MOTION FOR ORDER EXTENDING THE PERIOD WITHIN WHICH THE DEBTOR HAS THE EXCLUSIVE RIGHT TO PROPOSE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

This matter coming before the Court on the Debtor's *Motion for Order Extending the Period Within Which the Debtor Has the Exclusive Right to Propose a Chapter 11 Plan and Solicit Acceptances Thereof* (the "**Motion**");[2] and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (iv) notice of the Motion was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate and its creditors; and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The exclusive periods within which the Debtor has the exclusive right to propose a chapter 11 plan and solicit acceptances thereof are hereby extended through and including November 16, 2015 and January 12, 2016, respectively.

3. This Order is without prejudice to the Debtor's right to seek additional extensions

---

[1] The last four digits of the Debtor's tax identification number are 6115.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

of its exclusive periods, and the rights of other parties in interest to object thereto or to seek to shorten such periods.

4. The Court shall retain jurisdiction with respect to this Order and any related proceedings.

Signed this 17 day of Aug, 2015

_____
UNITED STATES BANKRUPTCY JUDGE